**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | Case No. 1:07-cv-049 |
| Freeman Crawford, Jr., a/k/a ) | |
| Freeman Joseph Crawford; Orla ) | |
| Crawford, a/k/a Orla Jean ) | |
| Crawford; et al., ) | |
| ) | |
| Defendants. ) | |

_____

Before the Court is the Plaintiff's "Notice of Dismissal" filed on March 13, 2008. See Docket No. 21. The plaintiff informs the Court that it has voluntarily dismissed the case with prejudice and without costs to any party. The Court **ORDERS** that the case be dismissed with prejudice, and without costs or disbursements to either party.

Dated this 17th day of March, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court